The Honorable Michelle L. Peterson

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
9                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
10

11    ALEC BYRNE,
                                              No. 2:25-cv-00186-MLP
12                     Plaintiff,
                                              STIPULATED MOTION AND
13            v.                              [PROPOSED] ORDER EXTENDING
                                              TIME FOR DEFENDANT GETTY
14    GETTY IMAGES (US), INC.; GLENN A.       IMAGES (US), INC. TO RESPOND
      BAKER; JOHN DOES 1-50,                  TO PLAINTIFF'S COMPLAINT
15
16                     Defendants.            NOTE ON MOTION CALENDAR:
                                              March 25, 2025
17

18

19                            **STIPULATION**

20         Plaintiff Alec Byrne and Defendant Getty Images (US), Inc. ("Getty"), by and through

21    their counsel of record, stipulate to the Court's entry of the proposed order set forth below.

22         In support of this request, the parties represent the following:

23         1.      The deadline for Getty to answer or otherwise respond to Plaintiff's Complaint is

24    March 31, 2025.

25         2.      The parties have agreed to an extension of the deadline for Getty to answer or

26    otherwise respond to the Complaint to April 21, 2025.

27
      STIPULATED MOTION AND [PROPOSED] ORDER
      TO EXTEND TIME FOR DEF. GETTY TO RESPOND TO                    Davis Wright Tremaine LLP
      PLAINTIFF'S COMPLAINT (2:25-cv-00186-MLP) - 1                         LAW OFFICES
      4901-4541-5982v.2 -                                             920 Fifth Avenue, Suite 3300
                                                                        Seattle, WA  98104-1610
                                                                206.622.3150 main · 206.757.7700 fax

1    3.    The requested extension will not affect any other dates in this case, and is the first

2  extension request made by the parties.

3    4.    The parties respectfully request that the Court enter the order set forth below,

4  approving the requested extension.

5

6    DATED this 25th day of March, 2025.

7

8  MCCULLOCH KLEINMAN LAW          DAVIS WRIGHT TREMAINE LLP

9  By: *s/ Kevin P. McCulloch*          By: *s/ Rachel Herd*
       Kevin P. McCulloch, WSBA #51587          Rachel Herd, WSBA #50339
10  501 Fifth Avenue, Suite 1809          920 Fifth Avenue, Suite 3300
    New York, NY 10017          Seattle, WA  98104-1610
11  Tel: 212.355.6050          Tel: 206.622.3150
    Email: kevin@mkiplaw.com          Fax: 206.757-7700
12                                         Email: rachelherd@dwt.com

13  *Attorneys for Plaintiff*

14                                         *Attorneys for Defendant Getty Images (US),
                                           Inc.*
15

16                                **ORDER**

17    Based on the above stipulation, it is ORDERED that the time for Defendant Getty Images

18  (US), Inc. to answer or otherwise respond to Plaintiff's Complaint in this action is extended to

19  and including April 21, 2025.

20    DATED this 26th day of March, 2025.

21

22

23  _____
    MICHELLE L. PETERSON
24  United States Magistrate Judge

25

26

27

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME FOR DEF. GETTY TO RESPOND TO                Davis Wright Tremaine LLP
PLAINTIFF'S COMPLAINT (2:25-cv-00186-MLP) - 2          LAW OFFICES
4901-4541-5982v.2 -                                    920 Fifth Avenue, Suite 3300
                                                       Seattle, WA  98104-1610
                                                       206.622.3150 main · 206.757.7700 fax

Presented by:

MCCULLOCH KLEINMAN LAW              DAVIS WRIGHT TREMAINE LLP

By: *s/ Kevin P. McCulloch*                        By: *s/ Rachel Herd*
    Kevin P. McCulloch, WSBA #51587            Rachel Herd, WSBA #50339
501 Fifth Avenue, Suite 1809                      920 Fifth Avenue, Suite 3300
New York, NY 10017                                Seattle, WA  98104-1610
Tel: 212.355.6050                                 Tel: 206.622.3150
Email: kevin@mkiplaw.com                          Email: rachelherd@dwt.com

*Attorneys for Plaintiff*                          *Attorneys for Defendant Getty Images (US), Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND TIME FOR DEF. GETTY TO RESPOND TO
PLAINTIFF'S COMPLAINT (2:25-cv-00186-MLP) - 3
4901-4541-5982v.2 -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax